433 A.2d 548

Commonwealth v. Kyles, Appellant.

Submitted November 14, 1980. David G. Metinko, for appellant; Kathryn L. Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence entered October 26, 1979 affirmed.

433 A.2d 548

Commonwealth v. Porter, Appellant.

Petition for Allowance of Appeal Denied Aug. 19, 1981.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence entered November 8, 1979 is affirmed.